UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| LEROY L BAINES JR | ) | Case No: 6:24-cv-00752-JSS-RMN |
| Plaintiff, | ) | **COMPLAINT** |
| vs. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| Defendant. | ) | |
| | ) | Jury Trial: ☒ Yes  ☐ No |

**NOTICE OF DISMISSAL**

Plaintiff, LEROY L BAINES JR, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses with prejudice all claims and causes of action asserted against defendants FIRSTSOURCE ADVANTAGE LLC, in the above numbered captioned action, with each party to bear its own cost.

Date: 6/18/2024

Leroy L Baines Jr
303 Cello Cir
Winter Springs FL 32708
Bainesleroy85@gmail.com

COMPLAINT FOR A CIVIL CASE - 1